**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MELISSA MONDAY, Individually and on behalf of all others similarly situated**                                  **PLAINTIFFS**

v.                                Case No. 4:14-cv-00007-KGB

**SAMSON HEAVY HAULING COMPANY, INC. and CHARLES FOWLER**                                         **DEFENDANTS**

## ORDER

Based on the parties' filings, the Court removes this case from the trial docket for the week of February 23, 2015.

IT IS SO ORDERED this 18th day of February, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE